# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

OMAR JEROME GRIFFIS  PETITIONER
ADC #155257

v.  5:17cv00342-JM

WENDY KELLEY, Director,
Arkansas Department of Correction  RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED and the requested relief is DENIED.

2. A certificate of appealability will not be issued.

DATED this 17th day of May, 2018.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE